JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH DENISE LOMACK, | Case No. EDCV 15-2254-CJC (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Under the Order Dismissing Actions for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: April 1, 2016

CORMAC J. CARNEY
U.S. DISTRICT JUDGE